IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIGITAL RETAIL APPS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> H-E-B, LP, <br><br> Defendant. | Civil Action No. 6:19-cv-00167-ADA <br><br> HON. ALAN D. ALBRIGHT <br><br> **Jury Trial Demanded** |

**DECLARATION OF JOSEPH P. REID IN SUPPORT OF
DEFENDANT H-E-B, LP'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Joseph P. Reid, hereby declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP, counsel of record for Defendant H-E-B, LP ("H-E-B"). I submit this Declaration in support of H-E-B's Responsive Claim Construction Brief.

2. I make this declaration on the basis of personal knowledge and, if called to testify as a witness, I would and could testify competently hereto.

3. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 8,720,771.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  November 22, 2019        */s/ Joseph P. Reid*
                                  Joseph P. Reid

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 22, 2019, a true and correct copy of the foregoing **DECLARATION OF JOSEPH P. REID IN SUPPORT OF DEFENDANT H-E-B, LP'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** has been served via the Court's CM/ECF system, per Local Rule CV-5(b), on the following parties:

| | |
|---|---|
| Todd P. Blakely<br>tblakely@sheridanross.com<br>Robert R. Brunelli<br>rbrunelli@sheridanross.com<br>Matthew C. Holohan<br>mholohan@sheridanross.com<br>Tara K. Hawkes<br>thawkes@sheridanross.com<br>SHERIDAN ROSS P.C. | Jeffrey G. Toler<br>jtoler@tlgiplaw.com<br>Benjamin R. Johnson<br>bjohnson@tlgiplaw.com<br>TOLER LAW GROUP, PC |

By: */s/ Joseph P. Reid*
    Joseph P. Reid