IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIGITAL RETAIL APPS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>H-E-B, LP,<br><br>        Defendant. | Civil Action No. 6:19-cv-00167-ADA<br><br>HON. ALAN D ALBRIGHT<br><br>**Jury Trial Demanded** |

## ORDER GRANTING JOINT MOTION TO DISMISS

In accordance with Fed. R. Civ. P. 41(a)(ii) and (c), Plaintiff Digital Retail Apps, Inc. ("DRA") and Defendant H-E-B, LP ("H-E-B") (collectively, the "Parties") filed this Joint Motion to Dismiss requesting that the Court dismiss DRA's claims against H-E-B with prejudice, dismiss H-E-B's counterclaim of non-infringement with prejudice, and dismiss H-E-B's counterclaim of invalidity without prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiff DRA's claims against Defendant H-E-B are hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED that H-E-B's counterclaim of non-infringement is hereby DISMISSED with prejudice, and H-E-B's counterclaim of invalidity is hereby DISMISSED without prejudice.

SIGNED this 7th day of April, 2021.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE